CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 1 2 2019

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 7:17cv411 |
| v. ) | |
| ) | |
| MATTHEW J. BENNETT, ) | By: Hon. Michael F. Urbanski |
| ) | Chief United States District Judge |
| Defendant. ) | |

## ORDER

This matter was referred to the Honorable Robert S. Ballou, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1)(B), for proposed findings of fact and a recommended disposition. The magistrate judge filed a report and recommendation on February 14, 2019, recommending that the government's partial motion for summary judgment, ECF No. 18, and motion for summary judgment, ECF No. 28, be granted and pro se defendant Matthew J. Bennett's motion for partial summary judgment, ECF No. 16, be denied. No objections to the report and recommendation have been filed, and the court is of the opinion that the report and recommendation should be adopted in its entirety. It is accordingly **ORDERED** and **ADJUDGED** that:

1. The magistrate judge's report and recommendation, ECF No. 42, is **ADOPTED in its entirety.**

2. Defendant Matthew J. Bennett's motion for partial summary judgment, ECF No. 16, is **DENIED**.

3. The government's partial motion for summary judgment, ECF No. 18, is **GRANTED**.

4. The government's motion for summary judgment, ECF No. 28, is **GRANTED**.

5. Accordingly, judgment against defendant Matthew J. Bennett is entered in the amount of $65,026.13 plus interest accrued since July 23, 2018.

It is **SO ORDERED**.

The Clerk is directed to send a copy of this order to the pro se defendant and to all counsel of record.

Entered: 03-11-2019

/s/ Michael F. Urbanski

Michael F. Urbanski
Chief United States District Judge